# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Petitioner

v.

WILLIAM E. BAKER,

Respondent

No. 291 MAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.